STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
ABRAHAM AGREST ET AL., PLAINTIFFS IN ERROR.

Submitted March 24, 1919—Decided June 20, 1919.

On error to the Supreme Court.

For the defendant in error, *J. Henry Harrison,* prosecutor of the pleas.

PER CURIAM.

This case was agreed to be submitted on briefs, and the brief of the defendant in error was filed within time. No brief has been filed by or on behalf of the plaintiffs in error within the time limited by rule 35, as amended May 19th, 1904, nor at any other time. Therefore, the writ of error is considered to be abandoned, as provided in the rule, and the judgment under review will be affirmed.

*For affirmance*—THE CHANCELLOR, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.